UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VERONICA BURGOS NUNEZ,

Plaintiff,

v.                                                          Case No:  6:16-cv-1737-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

# ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 19).  The assigned United States Magistrate Judge has submitted a Report (Doc. 20) recommending that the motion be granted in part and denied in part.  Neither party has filed an objection to the Report and Recommendation and the time to do so has passed.

After a review of the file, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 19) is **GRANTED in part and DENIED in part.**

3.     The Motion is granted to the extent Plaintiff is awarded EAJA Attorneys' Fees in the amount of $3,322.49.

4.     The Motion is otherwise denied. The United States Department of the Treasury may exercise its discretion in honoring Plaintiff's assignment of benefits if it determines the Plaintiff does not owe a debt to the Government, but it is not ordered to do so.

**DONE** and **ORDERED** in Orlando, Florida, on December 11, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties